# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH VILLALOBOS, | Case No.: 2:15-cv-02808-R-PLAx |
| Plaintiff, | Hon. Manuel L. Real |
| vs. | **JUDGMENT** |
| TWC ADMINISTRATION LLC, a Delaware corporation; and DOES 1 through 10, | |
| Defendants. | |

The Motion for Summary Judgment or, in the Alternative, Summary Adjudication filed by Defendant TWC Administration LLC ("Defendant") [D.E. 29] came on for hearing before the Court on February 1, 2016. On February 1, 2016, the Court entered a Minute Order granting Defendants' Motion for Summary Judgment on each and every claim asserted by Plaintiff Ralph Villalobos ("Plaintiff") [D.E. 41].

Accordingly, for the reasons set forth more fully in the Court's Uncontroverted Findings of Fact and Conclusions of Law and Order Granting Defendant's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff takes nothing from Defendant by reason of his complaint(s) in this action;
2. Judgment be entered in favor of Defendant; and
3. The action be, and is hereby, dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: February 16, 2016

_____
HON. MANUEL L. REAL
United States District Court Judge

4823-8367-2109, v. 1